**Rubin THOMPSON, Jr.,**
**Plaintiff–Appellant,**

v.

**RICHLAND COUNTY DETENTION CENTER; Richland County Detention Center Administration; Richland County Medical Division, Defendants–Appellees.**

No. 01–6117.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Rubin Thompson, Jr., pro se. William Henry Davidson, II, Matthew Blaine Rosbrugh, Davidson, Morrison & Lindemann, P.A., Columbia, SC, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Rubin Thompson, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thompson v. Richland County Det. Ctr.*, No. CA–00–276–9 (D.S.C. Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*